**GARDAM** et al., Appellants, v. HEALY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by William Gardam and Joseph Gardam against John Healy and John Doe (the name John Doe being fictitious, defendant's real name being unknown to plaintiffs). No opinion. Order affirmed, with $10 costs and disbursements, with leave to the appellants to apply, within 20 days, to the special term, to amend the warrant of attachment, and to set aside the order vacating the same.

**GEORGE**, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 13, 1898.) Action by Levine George, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs. All concur, except PUTNAM, J., not sitting, and LANDON, J., dissenting.

---

**GILBERT** v. ACKERMAN. (Supreme Court, Appellate Division, First Department. November 18, 1898.) Action by William T. Gilbert against Benjamin G. Ackerman. No opinion. Motion granted. Question settled as follows: "Is the fourth separate defense contained in the defendant's answer herein insufficient in law, upon the face thereof, to constitute a defense?" See Baxter v. McDonnell, 154 N. Y. 432, 48 N. E. 816; 54 N. Y. Supp. 113.

---

**GODFREY**, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by William Godfrey, as administrator, etc., against New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals granted, on the ground that the case involves questions of law which ought to be reviewed by that court. See 53 N. Y. Supp. 1104.

---

**GOLDSMITH**, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by Carl M. Goldsmith against Metropolitan Street-Railway Company. J. B. Ker, for appellant. H. A. Robinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

**GOUGH**, Appellant, v. JEWETT, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1898.) Action by Arthur E. Gough against Edgar B. Jewett. No opinion. Motion for reargument denied. See 52 N. Y. Supp. 707.

---

**GOULD** v. VAIL et al. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Wesley Gould, receiver of William H. Vail, against William H. Vail and Sarah Vail. James G. Graham, for appellant. Wagner & Fisher, for respondents. LANDON, J. The deed of 14 acres may possibly stand as founded upon a valid consideration due from husband to wife. But I incline to think the second one void against the plaintiff. It was intended by both parties to ward him off. It reserves a valuable consideration to the husband in the support of his sister; and the extrinsic evidence requires the finding that it was intended to reserve to the husband and wife the same possession and enjoyment after the conveyance as they had before, and this defrauds the plaintiff.